# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 24, 2023

Lyle W. Cayce
Clerk

No. 22-40778
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Gerardo Ledezma-Zuniga,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:22-CR-1100-1

_____

Before Willett, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

　　The Federal Public Defender appointed to represent Gerardo Ledezma-Zuniga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ledezma-Zuniga has filed a response. We have reviewed counsel's brief and the relevant portions of the record

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40778

reflected therein, as well as Ledezma-Zuniga's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.